IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 1:97-CR-169-02 |
| ANGEL MANUEL PINET,<br>　　　　Defendant | : |

*O R D E R*

AND NOW, this 3rd day of October, 2011, upon consideration of Defendant's pro se motion (Doc. 302) to reduce sentence, we conclude that the motion is rendered moot by Standing Order 11-3 (Doc. 303), which appoints a federal public defender to represent Defendant.  See United States v. D'Amario, 268 F. App'x 179, 180 (3d Cir. 2008) ("The Constitution does not confer a right to proceed simultaneously by counsel and pro se . . . ."); see also United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3d Cir. 2006).  Therefore, it is ORDERED that the motion (Doc. 302) is DENIED, without prejudice to Defendant's right to file a motion seeking similar relief through counsel.

　　　　　　　　　　　　　　　　　　　/s/ William W. Caldwell
　　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　　United States District Judge